Wilkinson, Jeremy #47239
*(full name/prisoner number)*
ISCC D-2 39-A
Post Office Box 70010
Boise, Idaho 83707
*(complete mailing address)*

U.S. COURTS

MAR 07 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Jeremy Wilkinson,
*(full name)*
Plaintiff,

v.

Corizon Medical Services;
Warden Blades; Warden Christensen;
Deputy Warden McKay; John Migliori
M.D.; Grant Roberts, HSA; Rona
Sieger, RN; K Waldrum;
Lori Johnson;
Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

PRISONER COMPLAINT
Verified And Sworn

Jury Trial Requested: ☒ Yes   ◯ No

### A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

### B. PLAINTIFF

My name is Jeremy Wilkinson. I am a citizen of the State of Idaho, presently residing at The Idaho State Correction Center.

PRISONER COMPLAINT - p. 1                                     *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Corizon Medical** (defendant), who was acting as **Medical Provider** (job title, if a person; function, if an entity)

   for the **Idaho State Department of Corrections** (state, county, city, federal government, or private entity performing a public function).

2. *(Factual Basis of Claim)* I am complaining that on **1·11·17 to 10·1·21** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*

   On or about 1·11·17, I felt and heard a "popping" noise in my head, neck, and back. This resulted in vision loss and severe pain. The cause of this has been left untreated. Corizon Medical Services has a custom practice and unwritten policy of denying and delaying medical care to inmates including the plantiff. This is accomplished by sending inmates, including the plantiff to one provider, and then to a different provider for each visit. Each provider then ignores the prior providers diagnosis, starting any treatment over. It is also done by giving medications for symptoms but never treating the cause of the symptoms, and by not following the recommendations of off-site specialists, thus delaying treatment for years.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Eighth Amendment to the United States Constitution, and the continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:

   I have been left untreated for years for a bulging disc at the C·3 and C·4 area. At the C·6 and C·7 area the bulging discs are displacing my spinal cord, causing me severe pain, and loss of vision.

5. I seek the following relief: One million dollars in damages and an injunction stoping the practice of delaying medical care.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Randy Blades** *(defendant)*, who was acting as **Warden** *(job title, if a person; function, if an entity)*

for the **Idaho State Corrections Center**
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **1·11·17 to date** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

On or about 1·11·17 I felt and heard a popping noise in my head, neck, and back. This resulted in vision loss, and severe pain. The cause of this has been left untreated. I personally informed this defendant that I was living in pain, that the cause of the pain was also causing me to go blind. He responded to me and stated "... It is not my job to assure you get medical attention." I had approached the warden because I was not getting medical help from Corizon Medical Services. The actions of Warden Blades was a deliberate indifference to my serious medical needs, which left me untreated.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Eighth Amendment to the United States Constitution, and the Continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:

I have been left in severe pain. It is so severe that I am going blind from the pressure on my spinal cord. I have never been treated for the cause of this pain.

5. I seek the following relief: One million dollars and an injunction against the medical providers at the IDOC.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

**PRISONER COMPLAINT - p. 3**   *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Jay Christensen** *(defendant)*, who was acting as **Warden** *(job title, if a person; function, if an entity)*

   for the **Idaho State Correction Center**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **1-11-17 to date** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   On or about 1-11-17 I felt and heard a popping noise in my head, neck, and back. This resulted in vision loss, and severe pain. The cause of this has been left untreated. I personally informed this defendant that I was living in pain, that the cause of the pain was also causing me to go blind. He responded to me and stated "...it is not my job to assure you get medical attention." I had approached the warden because I was not getting medical help from Corizon Medical Services. The action of Warden Christensen was deliberate indifference to my serious medical needs which left me untreated.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Eighth Amendment to the United States Constitution, and the continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:

   I have been left in severe pain. It is so severe that I am going blind from the pressure on my spinal cord. I have never been treated for the cause of this pain.

5. I seek the following relief: One million dollars and an injunction against the medical providers at the IDOC

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 4 *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Rona Siegert** *(defendant)*, who was acting as **Contract Monitor and Registered Nurse** *(job title if a person; function, if an entity)*

   for the **Idaho State Department of Corrections**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **1·11·17 to date** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   On or about 1·11·17 I felt and heard a popping noise in my head, neck, and back. This resulted in vision loss, and severe pain. The cause of this has been left untreated. This defendant was the Level 3 appellate authority in grievance # IC 170000953; and IC 170000167; and IC 170005179; and IC 210000349. Even though being aware that I was in pain, suffering and the cause of my pain was not being treated, Ms. Siegert did nothing to help me. This is a serious and deliberate indifference to my medical needs. This defendant also stated that my tests were normal, but my tests are not normal. This lie was done deliberately to stop medical treatment.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Eighth Amendment to the United States Constitution, and the continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:

   I have been left in pain and suffering for years. I have bulging discs in my back or neck putting pressure on my spinal cord causing pain and blindness

5. I seek the following relief: One Million dollars and an injunction against the IDOC and its medical providers

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 5 *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Grant Roberts__, who was acting as __Health Service Administrator__
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the __Idaho State Corrections Center__.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __1·11·17 to termination__, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   On or about 1·11·17 I felt and heard a popping noise in my head, neck, and back. This resulted in vision loss and severe pain. The cause of this has been left untreated. This defendant was the reviewing authority for grievance # IC 170000953; # IC 170001179; # IC 170001167 whereas this defendant stated that, "All of your test imaging have come back with normal findings. A trip back to the Neuro-Surgeon is not medically indicated." However, my medical tests where not normal! They showed my spinal cord was being compressed at the C·3-C·4, and at the C·6-C·7 area by bulging disc. I was also recommended to go back to the neuro-orthopologist, which was denied, leaving me suffering in pain, and going blind.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Eighth Amendment to the United States Constitution, and the Continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:
   I have been left in pain and suffering for years, going slowly blind. I have bulging disc's at the C·3-C·4 area and the C·6-C·7 area, compressing my spinal cord.

5. I seek the following relief: One million dollars in damages, as well as an injunction against the IDOC.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 4 6   *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Lori Johnson__, who was acting as __Health Service Administrator__
   (defendant)                                                                (job title, if a person; function, if an entity)

   for the __Idaho State Corrections Center__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __7·6·21__, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   On or about 1·11·17, I felt and heard a popping noise in my head, neck, and back. This resulted in vision loss and severe pain. The cause of this has been left untreated. This defendant, knowing that the plantiff was suffering in pain, and going blind, ignored the cries for medical help, ignored the imaging and contrast test, which showed bulging disc's that were displacing the spinal cord; ignored the off-site specialist recommendations for the plantiff to be seen by an "opthonzologist," and instead sent the plantiff to get a pair of glasses, ignoring the plantiff's medical diagnosis. This is a deliberate indifference to a serious medical need.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Eighth Amendment to the United States Constitution and the Continuous tort doctrine

4. I allege that I suffered the following injury or damages as a result:
   I have been left in pain and suffering for years going slowly blind. I have bulging disc's at the C·3 - C·4 area and the C·6 - C·7 area, compressing my spinal cord.

5. I seek the following relief: One Million dollars in damages, as well as an injunction against the IDOC and its medical providers

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 27                                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __K. Waldrum__, who was acting as __Wardens Assistant__
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the __Idaho State Corrections Center__.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __3·15·17 and 2·3·21__, Defendant did *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   On or about 1·11·17 I felt and heard a popping noise in my head, neck, and back. This resulted in vision loss and severe pain. The cause of this has been left untreated. I personally informed the warden that I was living in pain, that the cause of the pain was also causing me to go blind. Ms. Waldrum responded to me that it was not their job and to concern medical about the issue. I had approached the warden because I was not getting medical help from Corizon Medical Services. The actions of this defendant was a deliberate indifference to my serious medical needs, which left me untreated.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Eighth Amendment to the United States Constitution, and the Continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:
   I have been left in severe pain. It is so severe that I am going blind from the pressure on my spinal cord. I have never been treated for the cause of this pain.

5. I seek the following relief: One million dollars and an injunction against IDOC and the medical providers.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 8 *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __McKay__ *(defendant)*, who was acting as __Deputy Warden__ *(job title, if a person; function, if an entity)*

   for the __Idaho State Corrections Center__
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __1·11·17__ *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   On or about 1·11·17 I felt and heard a popping noise in my head, neck and back. This resulted in vision loss, and severe pain. The cause of this has been left untreated. I reported to deputy warden McKay that I was not being treated, that I was losing my vision, and was in pain. Deputy warden McKay refused to get me medical attention because I had filed a grievance about the lack of medical care. I believe this to be retaliation, as well as deliberate indifference.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Eighth Amendment to the United States Constitution and the Continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:

   I have been left untreated for years, living in serious pain and going blind. I have bulging disc's at the C·3-C·4 area, as well as at the C·6-C·7 areas, which is pushing on my spinal cord, causing pain and vision loss

5. I seek the following relief: one Million dollars in damages as well as an Injunction against IDOC and its Medical providers

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **John Migliori** *(defendant)*, who was acting as **Medical Doctor** *(job title, if a person; function, if an entity)*

   for the **Idaho State Department of Corrections** *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on **1·11·17 to date** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   On or about 1·11·17 I felt and heard a popping noise in my head, neck, and back. This resulted in vision loss, and severe pain. The cause of this has been left untreated. Defendant Migliori knew I was in pain and suffering. He knew that I was losing my vision. He knew that I had bulging disc's at the C3 and C4 area's, and at the C6 and C7 area's, that was displacing my spinal cord. I was told by this defendant that my test showed nothing was wrong. I have obtained a copy of the results, and I was lied to for years by this defendant, and these lies have caused me to be in pain and suffering for years with a chance of being blinded and paralyzed. This is a deliberate indifference.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Eighth Amendment to the United States Constitution, and the Continuous tort doctrine.

4. I allege that I suffered the following injury or damages as a result:

   I have been left in pain and suffering with a loss of my vision, this has gone on for years, while the defendants claimed all tests results were negitive, which was not true.

5. I seek the following relief: **One Million dollars in damages**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 4/6    *(Rev. 10/24/2011)*

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

Court   Case No.   Case Name                                    Status of Case   Strike?

I have pursued no other law suits concerning this issue in any court, nor do I have any other law suits pending.

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I have only one eye. (I have a prosthetic eye). The vision in my remaining eye is about 15% of normal. I can not see to read and or write. I need help!!

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 3/3/22 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date);* OR *(specify other method)*

Executed at   ISCC   on  3-2-22  (3-2-22)
              *(Location)*        *(Date)*

*Jeremy Wilkinson*
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

PRISONER COMPLAINT - p. 11                                              *(Rev. 10/24/2011)*